IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENDALL RYAN,
    Petitioner,

vs.                           3:09cv399/LAC/MD

DEPARTMENT OF HOMELAND
SECURITY, et al.,
    Respondents.
_____

# O R D E R

This cause comes on for consideration of the Report and Recommendation of the Magistrate Judge filed on March 8, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B). No objections have been filed.

Having considered the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (doc. 8) is dismissed and the clerk is directed to close the file.

DONE AND ORDERED this 8th day of April, 2010.

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**